UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ITT ENGINEERED VALVES, LLC,  :  <br>              Plaintiff,  : <br>   : <br> v.   : <br>   : <br> UNITED STEEL, PAPER AND FORESTRY,  : <br> RUBBER, MANUFACTURING, ENERGY,  : <br> ALLIED INDUSTRIAL AND SERVICE  : <br> WORKERS INTERNATIONAL UNION,  : <br> AFL-CIO CLC, LOCAL 36M,  : <br>              Defendants.  : | No. 5:21-cv-00205 |

# O R D E R

**AND NOW**, this 3rd day of August, 2021, upon consideration of the parties' cross-motions for summary judgment, *see* ECF Nos. 12, 16, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for summary judgment, *see* ECF No. 12, is **DENIED**; Defendant's motion for summary judgment, *see* ECF No. 16, is **GRANTED.**

2. The Arbitration Award is **AFFIRMED.**

3. This case is **CLOSED.**

                                                               BY THE COURT:


                                                               */s/ Joseph F. Leeson, Jr.*
                                                               JOSEPH F. LEESON, JR.
                                                               United States District Judge